UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>ADRIAN OSCAR DURAN,<br><br>Defendant. | Case No.  20-mj-71399-AGT-1   (KAW)<br><br>Charging District's Case No. **20-MJ-0084 EFB.** |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Eastern District of California. A hearing has been set before Judge Kimberly Mueller on November 30, 2020 at 9:00am in the Sacramento division.  The defendant is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance. The defendant preserves his right to a preliminary hearing and/or a detention hearing.

**IT IS ORDERED:** The United States Marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States Attorney and the Clerk of the Court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district**.**

Dated: October 5, 2020

_____
KANDIS A. WESTMORE
United States Magistrate Judge